

# Herman, Herman, Katz & Cotlar
L.L.P.
Attorneys at Law

820 O'Keefe Avenue, New Orleans, Louisiana 70113-1116
Telephone: (504) 581-4892   Facsimile: (504) 561-6024
HTTP://WWW.HHKC.COM

Harry Herman (1914-1987)
Russ M. Herman*
Maury A. Herman*
Morton H. Katz*
Sidney A. Cotlar*
Steven J. Lane
Leonard A. Davis*
James C. Klick†

Stephen J. Herman
Brian D. Katz
Soren E. Gisleson

Joseph E. Cain
Jennifer J. Greene‡
John S. Creevy
Joseph A. Kott, M.D. J.D. (Of Counsel)

Offices in New Orleans and
Covington, Louisiana

This Firm and its Partners Are Also Partners in Herman Gerel, LLP (Formerly Herman, Mathis, Casey, Kitchens & Gerel, LLP)

\* A Professional Law Corporation
† Also Admitted in Texas
‡ Also Admitted in Arkansas

November 20, 2008

**TRANSMITTED VIA FAX: (225) 389-3585**

# STATUS REPORT

Hon. Stephen C. Riedlinger
Magistrate Judge
Middle District Court of Louisiana
777 Florida Street, 2nd Floor
Baton Rouge, Louisiana 70801-1712

*File in record*
*Stephen C. Riedlinger*
*November 20, 2008*

RE:   Tate -vs.- LeBlanc, et al.
      CV 08-503-JJB-SCR
      Our File No.: 27621-00

Dear Magistrate Judge Riedlinger:

I apologize for not filing the status report prior to the scheduling conference for 1:30 this afternoon.

The lawsuit was filed in order to interrupt the prescriptive period, although the parties continued to negotiate toward settlement. Immediately after filing the lawsuit, the case was settled; thus, the reason why service has not been perfected. We are now in the process of obtaining minor approval from courts in North Louisiana and the State of Nevada to allow the guardians of the minors to formally settle this matter and, as soon as we have those approvals, a formal Motion to Dismiss will be filed.

I respectfully request that the Court issue a 60-day dismissal order and, hopefully, we will have court approval from both Oauchita Parish and the Las Vegas County where we are seeking approval of the settlements. Additionally, it is requested that the settlement conference scheduled for 1:30 this afternoon either be held by telephone or canceled. I can be reached at (504) 756-1995 should you have any questions or concerns.

November 20, 2008
Page -2-

Should you have any questions or concerns, please do not hesitate to call.

Respectfully submitted,

BRIAN D. KATZ

BDK/bev

cc: Hon. Douglas G. Swenson, Assistant Attorney General
 *(Fax: 501/376-3552)*
 Clerk of Court *(Fax: 225/389-3501)*
 Eric S. Buchanan, Esq. *(Fax: 501/376-3552)*